```
Jones Law Office
RICHARD B. JONES
898 W. Calle de los Higos
Tucson, Arizona 85745
(520) 777.6103
richard.b.jones@azbar.org
AzBar:009144
   Attorney for Defendant
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR09-284 TUC RCC (CRP) |
|     Plaintiff, ) | |
| vs. ) | FOURTH MOTION TO CONTINUE |
| ) | TRIAL AND RELATED DEADLINES |
| 1) CARLOS MANUEL DIAZ , ) | |
|     Defendant.. ) | (No Opposition) |
| _____ ) | |

It is expected that excludable delay under Title 18, United States Code, Section 3161(h)(1)(F) will occur as a result of this motion or an order based thereon.

Carlos Diaz, through counsel, requests that this Court continue the trial date of November 10, 2009, as well as the related deadlines, for a period of no less than 60 days. This request for a continuance is made for the following reasons:

(1) The parties are not ready to proceed to trial on the current trial date and need additional time to prepare. This case has previously been declared complex.

(2) Assistant United States Attorney Serra Tsethlikai is in agreement.

(3) Counsel for all codefendants, on behalf of their respective clients, are in agreement with this request.

DATED October 26, 2009.     s/ *Richard B. Jones*
                                                     Richard B. Jones
                                                   Attorney for Defendant Diaz

| | |
|---|---|
| 1 | |
| 2 | *Certificate of Service* |
| 3 | I hereby certify that October 26, 2009 I electronically transmitted this document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants: |
| 4 | • Serra Tsethlikai,  Assistant United States Attorney |
| 5 | •Defense Counsel of Record |

- 2 -